UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIO GONZALEZ<br><br>                Petitioner,<br><br>      v.<br><br>KATHLEEN ALLISON, Warden,<br><br>                Respondent. | Case No. CV 12-7811 CJC(JC)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 15, 2015

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE